## Joe Johnson

| | |
|---|---|
| **From:** | STEVENSON Joe <JSTEVENSON@litasco.com> |
| **Sent:** | Monday, February 28, 2022 6:20 AM |
| **To:** | TankerOps; 'Alexander Skinner' |
| **Cc:** | CRUDE |
| **Subject:** | VGC22_05151 // Voyage Orders // M.T. Nordbay/sub // Loading 80KT +/-10% SIBCO ex Novo 05-06 March 2022 // Litasco CP DTD 24.02.2022 |

FROM: LITASCO SA

TO: HOWEROB

---

VOYAGE ORDERS // VGC22_05151 // M.T. NORDBAY // LITASCO - CP 24.02.2022
==============================================================

UNLESS COUNTERORDERED VESSEL TO LOAD AS FOLLOWS:

LOADPORT: SHESKHARIS TERMINAL, NOVOROSSIYSK, RUSSIA

LAYDAYS:
COMMENCING: 05 MARCH 2022 0001 HRS LT
CANCELLING: 05 MARCH 2022 2359 HRS LT

PRODUCT : SIBCO – SIBERIAN LIGHT CRUDE OIL

QUANTITY : ABOUT 80,000 MTS – UP TO FULL CARGO
CONSISTENT WITH SAFE SAILING DRAFT NOVOROSSIYSK AND ARRIVAL DRAFT DISPORT
(PLEASE ASK MASTER TO PROVIDE A STOWAGE PLAN BASIS MAX LOADABLE AND 80KT ASSUMING // API 35.00 / LOAD TEMP 15 DEG C//)

DISPORT: CONSTANTA, ROMANIA - TBC

INSPECTORS: TBC

AGENT LOADPORT: NOVOTORIK

AGENTS DETAILS:
-------------------------
Operations department
JSC "Maritime Agency "Novotorik"
Ph.: 7 8617 787134
Fax: 7 8617 787147
E-mail: agents.nvr@nvt.lukoil.com


PRIOR TO ARRIVAL AT LOADPORT AND WHILE IN LOADPORT
-----------------------------------------------------
PLEASE ADVISE DETAILED TIME SHEET FOR THE TURKISH STRAITS, IF APPLICABLE

MASTER TO GIVE 96/72/48/24/12 HOURS NOTICES TO INSTALLATION, STATING CAPACITY, FLAG, DRAFT AND QUANTITY OF CLEAN BALLAST AND TO THE FOLLOWING PARTIES:

1. LITASCO SA – EMAIL: CRUDE@LITASCO.COM
2. EIGERSHIPPING – EMAILS: FLEETOPERATIONS@EIGERSHIPPING.COM & TPETERSEN@EIGERSHIPPING.COM
3. LUKOIL – EMAIL: N/A
4. INSTALLATION AGENTS – EMAIL: AGENTS.NVR@NVT.LUKOIL.COM


MASTER TO ADVISE FROM TODAY ABOUT:
ETA LOADPORT AND ANY CHANGE IN ETA EXCEEDING 4 HOURS, ETB AND IN CASE OF DELAY ADVISE REASON, ETC,ETS (AS APPROPRIATE) PLUS NOON POSITION TO INCLUDE:
- LATITUDE AND LONGITUDE
- AVERAGE SPEED PREVIOUS 24 HOURS
- AVERAGE SPEED OVER THE VOYAGE
- SLIP
- CARGO TEMPERATURE PER TANK IF APPLICABLE
- WEATHER CONDITIONS
- ETA
- ARRIVAL DRAFT NEXT PORT

TO BE SENT TO:
1. LITASCO SA – EMAIL: CRUDE@litasco.com
2. EIGERSHIPPING – EMAIL: FLEETOPERATIONS@EIGERSHIPPING.COM & TPETERSEN@eigershipping.com
3. INSTALLATION AGENTS – EMAIL: AGENTS.NVR@NVT.LUKOIL.COM


MASTER TO CABLE IMMEDIATELY UPON LOADING/DEPARTURE FOLLOWING INFORMATION:

A) B/L DATE AND HOW MANY SETS OF B/L ON BOARD
B) B/L QUANTITY(IES)
C) DESTINATION APPEARING ON B/L AND FULL STYLE OF SHIPPER AND CONSIGNEE
D) PRODUCT DESCRIPTION APPEARING ON B/L
E) VSL'S FIGURES
F) VEF
G) QUALITY AS PER TERMINAL CERTIFICATE OF QUALITY AND PRODUCT DESCRIPTION
AS MENTIONED IN THE QUALITY CERTIFICATE
H) CARGO TEMPERATURE
I) DETAILS OF TIMESHEET
J) ETA AND DRAFT BASIS TBA/ THEN DISPORT

IMPORTANT

IF THE SHIP'S FIGURES (AFTER ADJUSTMENT BY V.E.F) DIFFER FROM SHORE FIGURES BY AN AMOUNT IN EXCESS 0.3 PCT, MASTER IS TO CONTACT CHARTERERS IMMEDIATELY.
FOR ANY DIFFERENCE BELOW 0.3 PCT, MASTER TO ISSUE LOP ACCORDINGLY THEN SIGN B/L.

VOYAGE
---------------
UPON COMPLETION OF LOADING VESSEL TO PROCEED TO DISPORT FOR ORDERS AT C/P SPEED. MASTER TO KEEP US DAILY ADVISED ABOUT ETA AND ANY CHANGE OF ETA EXCEEDING 4 HOURS, SPEED AND WEATHER CONDITIONS.

VESSEL WILL NOT DEVIATE OR STOP FOR ANY PURPOSE (INCLUDING BUNKERING) WITHOUT PRIOR PERMISSION FROM THE CHARTERERS.

MASTER TO INCLUDE IN DAILY NOON REPORTS:

- LATITUDE AND LONGITUDE
- AVERAGE SPEED PREVIOUS 24 HOURS
- AVERAGE SPEED OVER THE VOYAGE
- SLIP
- CARGO TEMPERATURE PER TANK IF APPLICABLE
- WEATHER CONDITIONS
- ETA
- ARRIVAL DRAFT NEXT PORT

TO BE SENT TO:
   1. LITASCO SA – EMAIL: CRUDE@LITASCO.COM
   2. EIGERSHIPPING – EMAIL: FLEETOPERATIONS@EIGERSHIPPING.COM & TPETERSEN@eigershipping.com
   3. INSTALLATION AGENTS – EMAIL: AGENTS.NVR@NVT.LUKOIL.COM


DISCHARGE
--------------------
MASTER TO GIVE 94/72/48/24/12 HOURS NOTICES TO

- INSTALLATION VIA AGENTS
- LITASCO SA
- RECEIVER

WILL REVERT WITH DISCHARGE ORDERS. IN THE MEANTIME OWNERS TO LET US HAVE L.O.I. WORDING FOR NON PRODUCTION OF DOCUMENTS AND CHANGE OF DESTINATION AS WELL AS FULL STYLE COMPANY NAME, PERSON AND TELEX WHERE TO ADDRESS SAME.

ONCE DISCHARGE ORDERS ISSUED, MASTER TO ADVISE ETA DISPORT AND ANY CHANGE IN ETA EXCEEDING 4 HOURS, ETB, ETC, ETS (AS APPROPRIATE).

UPON VSL COMPLETION OF DISCHARGE MASTER TO ADVISE QUANTITY OF CARGO DISCHARGED AND IF ANY ROB LIQUID OR NON-LIQUID AND IF PUMPABLE OR UNPUMPABLE.


SPECIAL INSTRUCTIONS:
-----------------------------------------
H2S IS PRESENT IN MANY CRUDE OILS AND NATURAL GASOLINES, ALTHOUGH PARTICULARLY SOUR CRUDES ARE USUALLY SWEETENED BEFORE SHIPMENT. WHILE MOST SOUR CRUDES ARE WELL KNOWN, MASTERS SHOULD NOTE THAT H2S CONCENTRATIONS ARE REPORTED TO BE INCREASING IN SOME CRUDES INCLUDING THOSE FROM SAUDI ARABIA, POLAND, LATVIA, RUSSIA AND THE NORTH SEA (INCLUDING BRENT). H2S HAS ALSO BEEN FOUND IN SOME CONDENSATES AND OCCASIONALLY ALSO IN FUEL OIL.

WHILST HISTORICALLY FATALITIES FROM H2S EXPOSURE ON TANKERS ARE VERY RARE INDEED, SOME INSTANCES HAVE OCCURRED IN RECENT YEARS. MASTERS SHOULD THEREFORE ENSURE THAT ALL PERSONNEL HANDLING CARGOES LIKELY TO CONTAIN H2S SHOULD BE MADE FULLY AWARE OF THE HAZARDS, ADVICE AND PRECAUTIONS OUTLINED IN THE RELEVANT SECTIONS OF THE CURRENT EDITION OF ISGOTT.

GENERAL INSTRUCTIONS
----------------------------------------

- Master to present SDS of the cargo on board upon receivers request when calling EU port(s)

- VSL TO ARRIVE AT LOADPORT WITH MINIMUM CLEAN SEGREGATED BALLAST
AND MASTER TO ADVISE ESTIMATED TIME REQUIRED FOR DEBALLASTING.

- VSL'S TANKS, LINES AND PUMPS ARE TO BE IN EVERY RESPECT FIT AND
SUFFICIENTLY CLEAN IN ORDER TO LOAD THE CARGO SPECIFIED AND
CLEANLINESS TO MEET INSPECTORS REQUIREMENTS.

- MASTER TO SIGN EACH ORIGINAL B/L AND ADD VESSELS STAMP AND SIGN
TIME SHEET, CARGO MANIFEST, ULLAGE REPORT AND RECEIPT FOR SAMPLES
AND DOCUMENTS.

- MASTER HAS TO PAY SPECIAL ATTENTION THAT QUANTITY LOADED IS -
STRICTLY WITHIN THE TOLERANCE INDICATED UNDER QUANTITY CLAUSE AS
MENTIONED ABOVE.

- MASTER TO ISSUE LETTER OF PROTEST IN CASE TERMINAL/SUPPLIERS DO NOT
SIGN "STATEMENT OF FACTS" - SAME AT DISCHARGE FOR RECEIVERS.

- IN CASE OF EMERGENCY, DELAY OR OTHER PROBLEM, MASTER TO CABLE US
IMMEDIATELY AND TO FOLLOW ANY OTHER SPECIAL INSTRUCTIONS (AS "BP
CASUALTY INSTRUCTIONS") ONLY AS ADVISED BY CHARTERER'S.

- VESSEL HAS TO CARRY SUFFICIENT DO/FO/WATER TO PERFORM VOYAGE FROM
LOAD TO DISCHARGE PORT WITHOUT BUNKERING EN ROUTE OR MASTER
TO ADVISE US PRIOR LOADING.

- MASTER TO PROTEST WITH SHIPPERS IF CARGO IS LOADED IN MORE THAN
24 HRS. SUCH PROTEST MUST BE ENCLOSED TO SUPPORTING DOCUMENTATION
FOR DEMURRAGE CLAIM.

- IN CASE SHIP'S FIGURES LOWER THAN B/L FIGURES MASTER TO ISSUE
LETTER OF PROTEST TO SHIPPERS SENDING COPY OF IT TO CHRTRS ASAP.


LITASCO GROUP - REPORTING OF INCIDENTS UPDATED 20.08.2012
------------------------------------------------------------
IF THE VESSEL IS INVOLVED IN AN INCIDENT THAT INVOLVES COLLISION, GROUNDING, POLLUTION, FIRE OR ANY OTHER
EMERGENCY, LITASCO GENEVA MUST BE CONTACTED BY TELEPHONE AT THE EARLIEST OPPORTUNITY.

TELEPHONE FIRST CONTACT: DAVID WALKER
OFFICE PHONE: +41 22 705 21 16
MOBILE PHONE: +41 79 448 92 79
TELEPHONE SECOND CONTACT: HANS FOGTMANN
MOBILE PHONE: +41 79 362 40 09
OFFICE PHONE: +41 22 705 21 36

TELEPHONE THIRD CONTACT: THIES PETERSEN
MOBILE PHONE: +41 79 255 67 82
OFFICE PHONE: +41 22 705 24 14

IT IS IMPORTANT THAT THE FOLLOWING INFORMATION IS TRANSMITTED AT THE EARLIEST OPPORTUNITY BY EMAIL TO FIREWALL_GROUP@LITASCO.COM THE FIRST WORDS IN THE MESSAGE SHOULD COMMENCE LITASCO INCIDENT REPORT AND CONTAIN THE FOLLOWING INFORMATION:

AA TIME IN GMT OF INCIDENT AND TIME THAT THIS INCIDENT WAS REPORTED TO THE PERSON FORWARDING THE REPORT TO THE FIREWALL MANAGER
BB NAME OF THE VESSEL OR TERMINAL
CC LATITUDE OF THE INCIDENT
DD LONGITUDE OF THE INCIDENT
EE NATURE OF THE INCIDENT
FF IF THE INCIDENT INVOLVES ANOTHER VESSEL, THE NAME AND LR/IMO NUMBER OF THE OTHER VESSEL AND THE CARGO THAT OTHER VESSEL IS CARRYING
GG A STATEMENT AS TO ANY INJURIES OR FATALITIES
HH A DESCRIPTION OF THE EXTENT OF THE DAMAGE TO TERMINAL FACILITIES, THE VESSEL AND THIRD PARTY VESSEL OR PROPERTY
II NOTIFICATION AS TO WHETHER THE VESSEL WILL BE ABLE OR HAS CONTINUED ON THE VOYAGE
JJ IF THE INCIDENT HAS CAUSED DELAY, AN ESTIMATE OF THE DURATION OF THE DELAY
KK IF THE INCIDENT INVOLVES POLLUTION, STATE:
- THE CAUSE OF THE INCIDENT
- THE GRADE(S) OF CARGO THAT HAVE BEEN SPILLED
- THE QUANTITY IN BARRELS THAT HAVE BEEN SPILLED
- A STATEMENT AS TO WHETHER THE POLLUTION IS CONTINUING OR HAS BEEN STOPPED
- IF THE SPILL IS CONTINUING, AN ESTIMATE OF THE TOTAL AMOUNT IN BARRELS THAT WILL BE SPILLED

LL CURRENT WEATHER AND SEA CONDITION
MM FORECASTED WEATHER AND SEA CONDITIONS FOR NEXT 48 HOURS
NN WHETHER ASSISTANCE HAS ALREADY BEEN SOUGHT AND THE TYPE
OO WHETHER ASSISTANCE HAS BEEN PROVIDED, AND IF SO, THE NATURE AND EXTENT
PP ESTIMATE OF THE SITUATION IN 12 HOURS TIME
QQ OTHER COMMENTS

PLS SEND ALL COMMUNICATION TO :
-------------------------------
LITASCO SA
3, RUE KAZEM-RADJAVI
1202 GENEVA / SWITZERLAND

EMAIL : CRUDE@LITASCO.COM

PLS CONFIRM BY RETURN MASTER INSTRUCTED ACCORDINGLY.
===================================================

Regards, Joe

**Joe Stevenson**
Litasco SA Crude Oil Operations

LITASCO SA | 3, Rue Kazem-Radjavi
CH - 1202 Geneva, Switzerland

Tel. +41 (0)22 705 21 38
Mobile +41 (0)76 386 78 64
**Group** crude@litasco.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Invoicing: Please send all invoices to crude.invoice@litasco.com
Demurrage claims: New demurrage claims must be sent to newdemurrageclaims@litasco.com
Non Demurrage claims: All non-demurrage related claims must be sent to claims@litasco.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


Lucy Hermida
Litasco SA
Tel : + 41 22 705 20 98
Mobile: +41 76 821 85 17
E-mail : lhermida@litasco.com
Crude Ops Email: crude@litasco.com
ICE: lhermida1


\*\*\*\*\*\*\*

Invoicing: Please send all invoices to crude.invoice@litasco.com
Demurrage claims: New demurrage claims must be sent to newdemurrageclaims@litasco.com
Non Demurrage claims: All non-demurrage related claims must be sent to claims@litasco.com
\*\*\*\*\*\*\*