# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LITASCO SA § § § v. § § N2 TANKERS B.V. § § § § § | CIVIL ACTION NO. 22-cv-2748-JMV-AME F.R.C.P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Litasco SA, through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant N2 Tankers B.V. and without costs as to either party.

Dated: New York, New York
May 18, 2022

Respectfully submitted,

/s/ Edward W. Floyd
Edward W. Floyd

ed.floyd@zeilerfloydzad.com

**Zeiler Floyd Zadkovich (US) LLP**
215 Park Ave. South, 11th Floor
New York, New York 10003
917-999-6914

*Attorneys for Plaintiff*